UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KRISTEN SILLOWAY; CHRISTA DURAN; BRIGITTA VAN EWIJK,

*Plaintiffs-Appellants*,

v.

CITY AND COUNTY OF SAN FRANCISCO,

*Defendant-Appellee*.

No. 22-16079

D.C. No. 3:20-cv-07400-RS
Northern District of California,
San Francisco

ORDER

TATYANA LITVINOVA, individually and on behalf of all others similarly situated,

*Plaintiffs-Appellants*,

v.

CITY AND COUNTY OF SAN FRANCISCO,

*Defendant-Appellee*.

No. 22-16568

D.C. No. 3:18-cv-01494-RS
Northern District of California,
San Francisco

Before: BEA, HAMILTON,[*] and CHRISTEN, Circuit Judges.

The motion of Litvinova Appellants to join in the Silloway Appellants' petition for panel rehearing and rehearing en banc [Dkt. #62], filed on September 25, 2024, is GRANTED.

---

[*] The Honorable David F. Hamilton, United States Circuit Judge for the Court of Appeals for the Seventh Circuit, sitting by designation.

In consideration of Silloway Appellants' petition for panel rehearing and rehearing en banc [Dkt. #61], Judge Hamilton and Judge Christen have voted to deny the petition for panel rehearing, and Judge Bea has voted to grant the petition for panel rehearing. Judge Christen has voted to deny the petition for rehearing en banc, Judge Bea recommends granting the petition for rehearing en banc, and Judge Hamilton recommends denying that petition.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on it. Fed. R. App. P. 35.

Plaintiffs-Appellants' petition for panel rehearing and rehearing en banc, filed on September 25, 2024, is DENIED.